UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
April 30, 2025
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JESSE RAMIREZ,

    Defendant.

Case No. 2:24-cr-00025-DC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JESSE RAMIREZ, Case No. 2:24-cr-00025-DC, Charge 18 U.S.C. § 1349, from custody for the following reasons:

    __X__ Release on Pretrial Services supervision and conditions.

    _____ Bail Posted in the Sum of $ _____

    _____ Unsecured Appearance Bond $ _____

    _____ Appearance Bond with 10% Deposit

    _____ Appearance Bond with Surety

    _____ Corporate Surety Bail Bond

    __X__ (Other): The defendant shall be released at 9:00 a.m. on 5/1/2025 and report directly to WellSpace inpatient treatment program.

Sacramento County Jail is further ORDERED to release the defendant with a __X__ 30-day supply of any medications the defendant is receiving from the jail.

Issued at Sacramento, California on April 30, 2025 at 2:45 p.m.

By: _____
Magistrate Judge Jeremy D. Peterson