MICHELE BECKWITH
Acting United States Attorney
JESSICA DELANEY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE RAMIREZ,<br><br>Defendant. | CASE NO. 2:24-CR-00025-DC<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; [PROPOSED] FINDINGS AND ORDER<br><br>DATE: June 13, 2025<br>TIME: 9:30 a.m.<br>COURT: Hon. Dena Coggins |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on June 13, 2025.

2. By this stipulation, defendant now moves to continue the status conference until August 22, 2025, and to exclude time between June 13, 2025, and August 22, 2025, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) Since the initial appearance, the government has produced more than 7,161 pages of discovery, as well as bodycam footage, cell phone extraction reports, and a recorded interview. The discovery further consists of police and postal investigator reports, substantial financial documentation and tracing evidence, and interview reports. The majority of the discovery was produced on May 1, 2025. Supplemental discovery consisting of arrest reports

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

1     and reports relevant to defendant's criminal history were produced on June 2, 2025.

2         b)     Counsel for defendant desires additional time to review the charges and the
3 produced discovery, to conduct investigation and research related to the charges, to discuss
4 potential resolution with his client, and to otherwise prepare for trial. Counsel for the defendant
5 is also presently preparing for trial in a complex fraud trial which is scheduled to begin June 16,
6 2025.

7         c)     Counsel for defendant believes that failure to grant the above-requested
8 continuance would deny him/her the reasonable time necessary for effective preparation, taking
9 into account the exercise of due diligence.

10         d)     The government does not object to the continuance.

11         e)     This is the first request for a continuance.

12         f)     Based on the above-stated findings, the ends of justice served by continuing the
13 case as requested outweigh the interest of the public and the defendant in a trial within the
14 original date prescribed by the Speedy Trial Act.

15         g)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
16 et seq., within which trial must commence, the time period of June 13, 2025 to August 22, 2025,
17 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4]
18 because it results from a continuance granted by the Court at defendant's request on the basis of
19 the Court's finding that the ends of justice served by taking such action outweigh the best interest
20 of the public and the defendant in a speedy trial.

21     4.     Nothing in this stipulation and order shall preclude a finding that other provisions of the
22 Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial
23 must commence.

24     IT IS SO STIPULATED

25 //
26 //
27 //
28 //

STIPULATION REGARDING EXCLUDABLE TIME     2
PERIODS UNDER SPEEDY TRIAL ACT

Dated: June 5, 2025                     MICHELE BECKWITH
                                        Acting United States Attorney


                                        /s/ JESSICA DELANEY
                                        JESSICA DELANEY
                                        Assistant United States Attorney


Dated: June 5, 2025                     /s/ WILLIAM F. PORTANOVA
                                        WILLIAM F. PORTANOVA
                                        Counsel for Defendant
                                        JESSE RAMIREZ

**ORDER**

The court, having received, read and considered the parties' stipulation and good cause appearing therefrom, ADOPTS the parties' stipulation. Accordingly, the Status Conference scheduled for June 13, 2025, is VACATED and RESET for August 22, 2025, at 9:30 a.m. in Courtroom 8 before the Honorable Dena M. Coggins. The time period between June 13, 2025 to August 22, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:   **June 9, 2025**

Dena Coggins
United States District Judge

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

4