WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
JESSE RAMIREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>        v.<br><br>JESSE RAMIREZ,<br><br>    Defendant. | CASE NO. 2:24-cr-0025-DC<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT**<br><br>Date:   August 22, 2025<br>Time:  9:30 a.m.<br>Court: Hon. Dena Coggins |

   Defendant, JESSE RAMIREZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for a status conference on August 22, 2025. By this stipulation, Defendant Jesse Ramirez moves to continue the status conference to September 5, 2025.

2. Since the initial appearance, the government has produced more than 7,161 pages of discovery, as well as bodycam footage, cell phone extraction reports, and a recorded interview. The discovery further consists of police and postal investigator reports, substantial financial documentation and tracing evidence, and interview reports. The majority of the discovery was produced on May 1, 2025. Supplemental discovery consisting of arrest reports and reports relevant to defendant's criminal history were

produced on June 2, 2025.  Since the last continuance, the United States has also extended a plea offer to defendant, through his counsel.

3. This is the second request for a continuance. The first request for a continuance was granted, and continued the case from June 13, 2025, to August 22, 2025.

4. The government and defense counsel are currently engaged in plea negotiations which both parties believe will result in a successful resolution of this matter.  Mr. Ramirez recently completed a court-ordered, and successful, inpatient rehab from which he was recently released.  Defense counsel requests that the presently set status conference be continued to allow for a meaningful discussion of the term of the government's plea offer and for any further discussion with the government as to the specific terms.

5. Based on the above-stated facts, Defendant requests the Court find that the ends of justice served by continuing the case as requested outweigh the best interest of the public and the Defendant in a trial within the time prescribed by the Speedy Trial Act.

6. For purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.,* within which trial must commence, the period of August 22, 2025, up to September 5, 2025, inclusive, is deemed excludable under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [Local Code T-4].

7. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period during which trial must commence.

//

//

//

//

//

//

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME         2

1
2 Dated:  August 15, 2025      */s/ William F. Portanova*
3                    _____
4                    WILLIAM F. PORTANOVA
                     Attorney for Defendant
5                    JESSE RAMIREZ
6
7 Dated: August 15, 2025       ERIC GRANT
                     United States Attorney
8
                     */s/ Jessica Delaney*
9             By: _____
10                  JESSICA DELANEY
                    Assistant United States Attorney
                    (Per email authorization)

STIPULATION & ORDER CONTINUING STATUS
CONFERENCE AND EXCLUDING TIME   3

**ORDER**

The court, having received, read and considered the parties' stipulation, and good cause appearing therefrom, APPROVES the parties' stipulation. Accordingly, the Status Conference scheduled for August 22, 2025, at 9:30 a.m. is VACATED and RESET for September 5, 2025 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. The time period between August 22, 2025 and September 5, 2025 inclusive, is excluded under the Speedy Trial Act pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4], as the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

Dated:  **August 18, 2025**

Dena Coggins
United States District Judge