WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
JESSE RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:24-CR-0025-DC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |
| v. | |
| JESSE RAMIREZ, | |
| Defendant. | |

With the Court's permission, the defendant Jesse Ramirez requests, and the government does not oppose, that the release conditions imposed on Mr. Ramirez on April 30, 2025, be modified to add the following condition:

**17. On the date of Wednesday, September 10, 2025, your curfew will be adjusted to 10:00 PM to allow you to attend the Wellspace AHS Alumni Night.  For all other dates your curfew of 9:00 PM as set forth in condition 16 will remain in effect.**

Pretrial Services Officer Taifa Gaskins is in support of this modification.  The United States does not oppose this modification.

All other terms and conditions of Mr. Ramirez's pre-trial release shall remain in effect.

**IT IS SO STIPULATED.**

1

DATED: September 4, 2025          Respectfully submitted,


/s/ William F. Portanova
WILLIAM F. PORTANOVA

Attorney for Defendant
JESSE RAMIREZ


DATED: September 4, 2025          ERIC GRANT
United States Attorney


/s/ Jessica Delaney
JESSICA DELANEY
Assistant United States Attorney


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED: September 4, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2