1  WILLIAM F. PORTANOVA, State Bar No. 281364
2  Attorney at Law
   400 Capitol Mall, Suite 1100
3  Sacramento, CA 95814
   Telephone: (916) 444-7900
4  Fax: (916) 444-7998
   Email: wfp@portanova.com
5
6  Attorney for Defendant
   JESSE RAMIREZ
7

8                UNITED STATES DISTRICT COURT

9                EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,    | Case No. 2:24-CR-0025-DC
12 |         Plaintiff,           | **STIPULATION AND [PROPOSED]**
   |                              | **ORDER RE: MODIFICATION OF**
13 |    v.                        | **DEFENDANT'S CONDITIONS OF**
   |                              | **PRETRIAL RELEASE**
14 | JESSE RAMIREZ,               |
15 |         Defendant.           |
16

17

18     With the Court's permission, the defendant Jesse Ramirez requests, and the government

19 does not oppose, that the release conditions imposed on Mr. Ramirez on April 30, 2025, be

20 modified to add the following condition:

21     **18. On the date of Wednesday, November 19, 2025, your curfew will be adjusted to**

22 **10:00 PM to allow you to attend the Wellspace AHS Alumni Night. For all other dates your**

23 **curfew of 9:00 PM as set forth in condition 16 will remain in effect.**

24     Pretrial Services Officer Taifa Gaskins is in support of this modification. The United

25 States does not oppose this modification.

26     All other terms and conditions of Mr. Ramirez's pre-trial release shall remain in effect.

27     Mr. Ramirez does not have a third-party custodian or a surety, so no other approvals are

28 required to amend his conditions of release.

                                              1

**IT IS SO STIPULATED.**

DATED: November 18, 2025          Respectfully submitted,

*/s/ William F. Portanova*
WILLIAM F. PORTANOVA

Attorney for Defendant
JESSE RAMIREZ

DATED: November 18, 2025          ERIC GRANT
United States Attorney


*/s/ Jessica Delaney*
JESSICA DELANEY
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED: November 19, 2025

HONORABLE JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2