WILLIAM F. PORTANOVA, State Bar No. 281364
Attorney at Law
400 Capitol Mall, Suite 1100
Sacramento, CA 95814
Telephone: (916) 444-7900
Fax: (916) 444-7998
Email: wfp@portanova.com

Attorney for Defendant
JESSE RAMIREZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE RAMIREZ,<br><br>Defendant. | Case No. 2:24-CR-0025-DC<br><br>**STIPULATION AND [PROPOSED]　ORDER RE: MODIFICATION OF DEFENDANT'S CONDITIONS OF PRETRIAL RELEASE** |

With the Court's permission, the defendant Jesse Ramirez requests, and the government does not oppose, that the release conditions imposed on Mr. Ramirez on April 30, 2025, be modified to remove the following conditions:

**15. Upon successful completion of residential treatment, you must participate in the following location monitoring program component and abide by all the requirements of the program, which will include having a location monitoring unit installed in your residence and a radio frequency transmitter device attached to your person. You must comply with all instructions for the use and operation of said devices as given to you by the Pretrial Services Agency and employees of the monitoring company. You must pay all or part of the costs of the program based upon your ability to pay, as determined by the pretrial services officer.**

**16. CURFEW: You must remain inside your residence every day from 9:00pm to 6:00am, or as adjusted by the pretrial services officer for medical, religious services, employment or court-ordered obligations;**

1

Mr. Ramirez has been subject to location monitoring for four and a half months with no issues and no violations. Pretrial Services is in support of these modifications. The United States does not oppose these modifications.

All other terms and conditions of Mr. Ramirez's pre-trial release shall remain in effect.

Mr. Ramirez does not have a third-party custodian or a surety, so no other approvals are required to amend his conditions of release.

**IT IS SO STIPULATED.**

DATED: December 18, 2025          Respectfully submitted,

*/s/ William F. Portanova*
WILLIAM F. PORTANOVA

Attorney for Defendant
JESSE RAMIREZ

DATED: December 18, 2025          ERIC GRANT
United States Attorney

*/s/ Jessica Delaney*
JESSICA DELANEY
Assistant United States Attorney

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

DATED: December 18, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE