WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
JESSE RAMIREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JESSE RAMIREZ,<br><br>　　　　Defendant. | CASE NO. 2:24-cr-0025-DC<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING**<br><br>Date:　January 16, 2026<br>Time:　9:30 a.m.<br>Court:　Hon. Dena Coggins |

　　　Defendant, JESSE RAMIREZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for judgment and sentencing on January 16, 2026. By this stipulation, Defendant Jesse Ramirez moves to continue the judgment and sentencing to Friday, April 3, 2026.

2. Mr. Ramirez pleaded guilty pursuant to plea agreement on October 3, 2025. The plea agreement provided for a wide range for the loss calculation due to a dispute as to the loss attributable to the defendant's role in the conspiracy.

3. Probation Offier Hayley La Fazia issued a draft presentence report and provided it to defense counsel on December 2, 2026.

4. Due to several factors, defense counsel requires additional time to research and present

STIPULATION & ORDER CONTINUING JUDGMENT AND SENTENCING　　　1

   objections to the draft presentence report.  Chief among the informal objections will be the calculation of loss.  Effective presentation of this objection requires a rigorous factual and legal examination of the government's calculation of loss.

5. This continuance of the sentencing date is required in order to afford defense counsel additional time to continue to evaluate the recommendations and findings of the draft Presentence Report and to evaluate legal and factual arguments and objections to the contents thereof.  Certain of this work was postponed due to the months-long freeze in CJA payments and despite exercise of due diligence, the present sentencing date and presentence briefing schedule do not all defense counsel sufficient time time to effectively present Mr. Ramirez's position to United States Probation and to this court.

6. Due to trial and other scheduling conflicts with the parties and Probation's availalbity, the next practicable date for sentencing is April 3, 2026.

7. Therefore, Mr. Ramirez respectfully requests that the present sentencing hearing and briefing schedules be continued as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | April 3, 2026 |
| Reply or Statement of Non-Opposition: | March 27, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 20, 2026 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 13, 2026 |
| Counsel's written objection to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 6, 2026 |

//

//

//

//

Dated: December 22, 2025        */s/ William F. Portanova*

       _____
       WILLIAM F. PORTANOVA
       Attorney for Defendant
       JESSE RAMIREZ

Dated: December 22, 2025        ERIC GRANT
                                United States Attorney

                                */s/ Jessica Delaney*
                        By:     _____
                                JESSICA DELANEY
                                Assistant United States Attorney
                                (Per email authorization)

**ORDER**

The court, having received, read and considered the parties' stipulation as to Defendant Jesse Ramirez, filed on January 5, 2026, and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for January 16, 2026, is VACATED and RESET for April 3, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows: the parties' informal objections shall be delivered to the Probation Officer no later than March 6, 2026; the final Report shall be submitted no later than March 13, 2026; Formal Objections or any Motion for Correction shall be submitted no later than March 20, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than March 26, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **January 5, 2026**

Dena Coggins
United States District Judge