WILLIAM F. PORTANOVA, SBN 281364
400 Capitol Mall, Suite 1100
Sacramento, CA 95819
Telephone: (916) 444-7900
wfp@portanova.com

Attorney for Defendant
JESSE RAMIREZ

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE RAMIREZ,<br><br>Defendant. | CASE NO. 2:24-cr-0025-DC<br><br>**STIPULATION AND ORDER CONTINUING JUDGMENT AND SENTENCING**<br><br><br>Date:  April 3, 2026<br>Time:  9:30 a.m.<br>Court:  Hon. Dena Coggins |

Defendant, JESSE RAMIREZ, by and through his undersigned counsel, and Plaintiff United States of America, by and through its undersigned counsel, hereby stipulate as follows:

1. This matter is set for judgment and sentencing on April 3, 2026.  By this stipulation, Defendant Jesse Ramirez moves to continue the judgment and sentencing to Friday, April 10, 2026.

2. Mr. Ramirez pleaded guilty pursuant to plea agreement on October 3, 2025.  The plea agreement provided for a wide range for the loss calculation due to a dispute as to the loss attributable to the defendant's role in the conspiracy.

3. Probation Offier Hayley La Fazia issued a draft presentence report and provided it to defense counsel on December 2, 2026.

4. This continuance of the sentencing date is required in order to afford defense counsel

STIPULATION & ORDER CONTINUING JUDGMENT AND SENTENCING                    1

additional time to continue to finalize the legal and factual arguments and objections to presentence report.  Defense counsel has been diligent in the preparation of these objections.

5. Defense counsel encountered unforeseen circumstances in the last week that prevented the informal objections from being timely finalized and presented to Probation and the United States Attorney.  Specifically, the server on which defense counsel stored government discovery malfunctioned preventing access to files necessary for inclusion in the objections.  Further complicating the timely completion of the objections, defense counsel was unexpectedly kept on in an appointed case which was transferred to the Fresno Court.  Issues related to this appointment required counsel to spend much of the last week dealing with logistics, multiple travels to Fresno and Taft, and related arrangements.

6. The technological issues related to defense counsel's server have been resolved, and the United States Attorney's Office has helpfully reproduced certain of the discovery which had been corrupted.

7. Defense counsel is confident that the proposed schedule below will not be further amended.

8. Therefore, Mr. Ramirez respectfully requests that the present sentencing hearing and briefing schedules be continued as follows:

| | |
|---|---|
| Judgment and Sentencing Date: | April 10, 2026 |
| Reply or Statement of Non-Opposition: | April 3, 2026 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | March 27, 2026 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | March 20, 2026 |
| Counsel's written objection to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | March 13, 2026 |

Dated:  March 10, 2026

*/s/ William F. Portanova*

_____
WILLIAM F. PORTANOVA
Attorney for Defendant
JESSE RAMIREZ

Dated: March 10, 2026

ERIC GRANT
United States Attorney

*/s/ Jessica Delaney*

By:  _____
JESSICA DELANEY
Assistant United States Attorney
(Per email authorization)

**ORDER**

IT IS HEREBY ORDERED as to Jesse Ramirez, the court, having received, read and considered the parties' stipulation filed on 03/10/2026 (Doc. No. 79 ), and good cause appearing therefrom, GRANTS the parties' request to continue the sentencing hearing and adjust the related briefing schedule. Accordingly, the Sentencing Hearing scheduled for April 3, 2026, is VACATED and RESET for April 10, 2026 at 9:30 a.m. in Courtroom 10 before the Honorable Dena M. Coggins. It is FURTHER ORDERED that the Presentence Investigation Report briefing schedule is MODIFIED as follows the parties' informal objections shall be delivered to the Probation Officer no later than March 13, 2026; the final Report shall be submitted no later than March 20, 2026; Formal Objections or any Motion for Correction shall be submitted no later than March 27, 2026; and Reply, or Statement of Non-Opposition shall be submitted no later than April 2, 2026 by 12:00 PM (Noon).

IT IS SO ORDERED.

Dated:   **March 10, 2026**                                      _____

Dena Coggins
United States District Judge